IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCIEN STRONACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:16-CV-413-WKW |
| | )  [WO] |
| QUICKEN LOAN, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On July 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 20.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Defendant MERS's Motion to Dismiss (Doc. # 8) is GRANTED; and

(3) Plaintiff's action against Defendant MERS is DISMISSED.

This action as to Plaintiff's action against the remaining Defendants is referred back to the Magistrate Judge for further proceedings consistent with 28 U.S.C. § 636.

DONE this 15th day of August, 2016.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE