IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LUCIEN STRONACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-413-WKW |
| | ) | [WO] |
| QUICKEN LOAN INC., | ) | |
| FEDERAL NATIONAL | ) | |
| MORTGAGE ASSOCIATION, | ) | |
| and OCWEN LOAN | ) | |
| SERVICING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 83.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 83) is ADOPTED;

2. Defendant Quicken Loans, Inc.'s motion to dismiss (Doc. # 82) is GRANTED.

3. This action is DISMISSED with prejudice.

4. Taxable costs are awarded in favor of Defendant Quicken Loan, Inc., and against Plaintiff.

A final judgment will be entered separately.

DONE this 5th day of December, 2017.

                                      /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE